Yvonne Arvanitis Fossati (SBN 161764)
fossatiy@jacksonlewis.com
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2500
Los Angeles, California  90017-5408
Telephone:  (213) 689-0404
Facsimile:  (213) 689-0430

Attorneys for Defendant
APPLUS RTD USA SERVICES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN NEWBY, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>APPLUS RTD USA SERVICES, INC.; and DOES 1 through 100,<br><br>　　　　Defendants. | CASE NO.<br><br>**DEFENDANT APPLUS RTD USA SERVICES, INC.'S NOTICE OF INTERESTED PARTIES**<br><br>[Filed Concurrently with Notice of Removal, Civil Case Cover Sheet, Declarations of Yvonne Arvanitis Fossati and Stacy Gross and Exhibits thereto, Notice of No Related Cases, Corporate Disclosure Statement]<br><br>Complaint Filed:  July 14, 2016<br>Trial Date:　　　None Set |

TO THE HONORABLE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, PLAINTIFF DUSTIN NEWBY AND HIS ATTORNEYS OF RECORD:

　　　The undersigned counsel of record for Defendant APPLUS RTD USA SERVICES, INC. certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

　　　1.　　Plaintiff Dustin Newby;

　　　2.　　Defendant Applus RTD USA Services, Inc.

3. Libertytown 2 USA Inc.
4. Applus RTD USA Inc.
5. Applus Management Services Inc.
6. Libertytown 3 USA Inc.

DATED: August 19, 2016                    JACKSON LEWIS P.C.


By: /s/ Yvonne Arvanitis Fossati
    Yvonne Arvanitis Fossati

Attorneys for Defendant
APPLUS RTD USA SERVICES, INC.

4812-3019-2695