1  Yvonne Arvanitis Fossati (SBN 161764)
   fossatiy@jacksonlewis.com
2  JACKSON LEWIS P.C.
   725 South Figueroa Street, Suite 2500
3  Los Angeles, California 90017-5408
   Telephone: (213) 689-0404
4  Facsimile: (213) 689-0430

5  Attorneys for Defendant
   APPLUS RTD USA SERVICES, INC.

6

7

8               UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

| 11 | DUSTIN NEWBY, an individual, | CASE NO. |
|---|---|---|
| 12 | Plaintiff, | **DECLARATION OF YVONNE ARVANITIS FOSSATI IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL** |
| 13 | vs. | |
| 14 | APPLUS RTD USA SERVICES, INC.; and DOES 1 through 100, | |
| 15 | | [Filed Concurrently with Notice of Removal, Notice of No Related Cases, Civil Case Cover Sheet, Declaration of Stacy Gross and Exhibits thereto, Notice of Interested Parties, Corporate Disclosure Statement] |
| 16 | Defendants. | |
| 17 | | |
| 18 | | Complaint Filed: July 14, 2016<br>Trial Date:       None Set |

19

20

21

22

23

24

25

26

27

28

# **DECLARATION OF YVONNE ARVANITIS FOSSATI**

I, Yvonne Arvanitis Fossati, declare:

1. I am a member of the State Bar of California and an attorney with the law firm Jackson Lewis P.C., attorneys of record for Defendant Applus RTD USA Services, Inc., ("Defendant") in the lawsuit filed by Plaintiff Dustin Newby ("Plaintiff"). If called as a witness, I would and could competently testify to all facts set forth below which are within my personal knowledge.

2. Attached hereto as Exhibit "**A**" is a true and correct copy of the Complaint filed on behalf of Plaintiff on or about July 14, 2016 in the Superior Court for the State of California, County of Kern and served on Defendant on or about July 20, 2016.

3. Attached hereto as Exhibit "**B**" is a true and correct copy of the Answer filed by Defendant on or about August 18, 2016.

4. I am not aware of any Doe defendants having been served with a copy of the Summons and Complaint.

5. I have represented employers in employment litigation for twenty four years in California, and am familiar with fees requested by Plaintiffs' Counsel in similar actions filed in California and federal courts alleging violations and related claims under the California Fair Employment and Housing Act. Based on the Plaintiff's allegations and Plaintiff's counsel's experience, it would not be unreasonable to expect that Plaintiff's attorneys' fees alone will exceed the sum of $75,000 through trial.

I declare under penalty of perjury under the laws of the United States the foregoing is true and correct.

Executed this 19th day of August 2016 in Los Angeles, California.

/s/ Yvonne Arvanitis Fossati
Yvonne Arvanitis Fossati

4849-2465-9511

CASE NO.      2      DECLARATION OF YVONNE ARVANITIS FOSSATI
IN SUPPORT OF DEFENDANT'S NOTICE OF
REMOVAL