1  Yvonne Arvanitis Fossati (SBN 161764)
   fossatiy@jacksonlewis.com
2  JACKSON LEWIS P.C.
   725 South Figueroa Street, Suite 2500
3  Los Angeles, California  90017-5408
   Telephone:  (213) 689-0404
4  Facsimile:  (213) 689-0430

5  Attorneys for Defendant
   APPLUS RTD USA SERVICES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN NEWBY, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>APPLUS RTD USA SERVICES, INC.;<br>and DOES 1 through 100,<br><br>　　　　Defendants. | CASE NO.<br><br>**DECLARATION OF STACY GROSS IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL**<br><br>[Filed Concurrently with Notice of Removal, Notice of No Related Cases, Civil Case Cover Sheet, Declaration of Yvonne Arvanitis Fossati and Exhibits thereto, Notice of Interested Parties, Corporate Disclosure Statement]<br><br>Complaint Filed:  July 14, 2016<br>Trial Date:　　　None Set |

## DECLARATION OF STACY GROSS

I, Stacy Gross, declare:

1. I am currently the Human Resources Director, North America of Defendant Applus RTD USA Services, Inc. ("Defendant") and make this declaration in support of Defendant's Notice of Removal. I make the following declaration based on my personal knowledge. If called as a witness, I could and would testify competently to the facts contained herein.

2. As a result of performing my responsibilities, I know and understand the corporate structure of Defendant and the location and functioning of its corporate headquarters/principal place of business, as well as the location of its officers and senior management.

3. Defendant, at all pertinent times, was and is a corporation established under the laws of the State of Delaware.

4. Additionally, at all pertinent times, Defendant maintains its corporate headquarters in Sugar Land, Texas. All nationwide administrative functions and primary executive functions for Defendant operate out of the Sugar Land, Texas headquarters. All other officers of Defendant have offices in, and work out of, the Sugar Land, Texas headquarters. Additionally, Defendant's finance, accounting, tax, payroll, benefits and human resources, all operate out of Defendant's corporate headquarters in Texas. As such, Defendant principally operates from Sugar Land, Texas.

5. I am not aware of any Doe defendants having been served with a copy of the Summons and Complaint in this action.

I declare under penalty of perjury under the laws of the United States the foregoing is true and correct.

Executed this 18th day of August 2016 in Sugar Land, Texas.

_____
STACY GROSS

CASE NO.                    2   DECLARATION OF STACY GROSS IN SUPPORT OF
                                DEFENDANT'S NOTICE OF REMOVAL