1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DUSTIN NEWBY,                          Former No.  1:16-cv-01233-DAD-JLT

12              Plaintiff,                   New No.  1:16-cv-01233-JLT

13        v.

14   APPLUS RTD USA SERVICES, INC.,          ORDER REASSIGNING THE ACTION

15              Defendant.                   (Doc. No. 44)

16

17        Both parties in the above-captioned case have consented to magistrate judge jurisdiction

18   over this case for all purposes, including trial and entry of final judgment, pursuant to 28 U.S.C.

19   §636(a)(5) and (c).  (Doc. Nos. 8 at 1; 11 at 8.)[1]  Accordingly, this court reassigns the action to

20   United States Magistrate Judge Jennifer L. Thurston for all further proceedings pursuant to 28

21   U.S.C. § 636(c)(1).  All filings in this action shall now bear the new case number:

22   /////

23   /////

24   /////

25   /////

26   _____

     [1]  Defendant's consent appears in a joint scheduling report recently filed by the parties.  (Doc. No.
27   11 at 8.)  Defendant's counsel is ordered to file a written form specifically consenting to
     magistrate judge jurisdiction over this action under 28 U.S.C. § 636(c) within fourteen days of the
28   date of this order.

                                            1

1                                          **1:16-cv-01233-JLT.**

2              All currently scheduled dates in this action before Judge Drozd are hereby vacated.

3    IT IS SO ORDERED.

4       Dated:   **November 18, 2016**          _____

5                                               UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2