# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN NEWBY,<br><br>      Plaintiff,<br><br>  v.<br><br>APPLUS RTD USA SERVICES, INC.,<br><br>      Defendant. | Case No.: 1:16-CV-1233- JLT<br><br>ORDER CLOSING CASE<br>(Doc. 17) |

The parties agree this matter has been settled and that it may be dismissed. (Doc. 17) Once a notice under Federal Rules of Civil Procedure 41(a)(1) has been filed, an order of the Court is not required to make the dismissal effective. Fed. R. Civ. P. 41(a)(1)(ii); <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997). Thus, the Clerk of Court is DIRECTED to close this action as dictated by Rule 41(a).

IT IS SO ORDERED.

   Dated: **April 5, 2017**         **/s/ Jennifer L. Thurston**
                                                UNITED STATES MAGISTRATE JUDGE